UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LATONYA R. FINLEY,

    Plaintiff,

    v.

ALLSTATE,

    Defendant.

Case No. 15-cv-04261-RS

**ORDER TO SHOW CAUSE**

Plaintiff LaTonya R. Finley filed this claim for damages and asserts this court has diversity jurisdiction over her claims pursuant to 28 U.S.C. § 1332. For federal jurisdiction over state-law claims to lie, the matter in controversy must exceed the sum or value of $75,000, exclusive of interests and costs. As pleaded in the complaint, it is not clear that this civil action satisfies that requirement. Thus, Finley is hereby ordered to show cause why her claim for damages should not be dismissed for lack of subject-matter jurisdiction no later than thirty (30) days from the date of this order.

**IT IS SO ORDERED**.

Dated: November 3, 2015

_____

RICHARD SEEBORG
United States District Judge