United States District Court
Northern District of California

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   LATONYA R. FINLEY,                          Case No. 15-cv-04261-RS

              Plaintiff,

12

        v.                                        **ORDER GRANTING LEAVE TO FILE
13                                                AN AMENDED COMPLIANT**

     ALLSTATE,
14
              Defendant.
15

16

17       Pro se plaintiff LaTonya R. Finley filed claims for damages for breach of contract,

18   negligence, and breach of an implied covenant of good faith and fair dealing, invoking federal

19   diversity jurisdiction over the matter.  *See* 28 U.S.C. § 1332.  Finley's original complaint did not

20   include any factual averments about the amount in controversy, and so she was ordered to show

21   cause for why this court has subject-matter jurisdiction.  On December 3, 2015, Finley filed a

22   response along with a First Amended Complaint ("FAC"), but did not seek leave to do so.

23       Under Federal Rule of Civil Procedure 15(a)(2), a party must seek leave to amend a

24   complaint if she wishes to amend the complaint more than twenty-one days after serving the

25   complaint, Fed. R. Civ. P. 15(a)(1)(A), and no other responsive pleading is required, Fed. R. Civ.

26   P. 15(a)(1)(B).  When a plaintiff represents herself, her pleadings must be construed liberally.

27   *Karim-Panahi v. Los Angeles Police Dept.*, 839 F.2d 621, 623 (9th Cir. 1998).  Accordingly,

28   Finley's response to the order to show cause and proposed FAC are construed as a request for

1  leave to amend the complaint.  That request is granted.  Finley is encouraged to consult with the

2  court's pro se help desk, available at (415) 782-8982.

3  **IT IS SO ORDERED**.

4

5  Dated:  December 8, 2015

6  _____

7  RICHARD SEEBORG
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

CASE NO. 15-cv-04261-RS

2