LATONYA R. FINLEY
1271 Washington Avenue, 266
San Leandro, CA 94577
Telephone: (510) 337-4369

Plaintiff In Pro Per


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105-1101
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail:     sonia.martin@dentons.com
            mengmeng.zhang@dentons.com

Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, erroneously sued as ALLSTATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>   Plaintiff,<br><br>vs.<br><br>ALLSTATE, DOES 1-10,<br><br>   Defendants. | Case No. 3:15-cv-04261-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRETRIAL DEADLINES** |

   Plaintiff Latonya Finley, in pro per, and Defendant Allstate Northbrook Indemnity Company, by and through its attorneys of record, hereby stipulate as follows and respectfully request that the Court approve and give effect to their stipulation:

   WHEREAS, on November 3, 2016, the Court issued a Case Management Scheduling Order setting a Pretrial Conference on May 4, 2017, a trial on June 12, 2017, and related deadlines;

1   WHEREAS, on November 3, 2016, the Court issued an Order Referring Litigant to
2   Federal Pro Bono Project and Staying Proceedings Pending Appointment of Counsel, which
3   directed plaintiff to consult with the Federal Pro Bono Project and stayed the case;

4   WHEREAS, on November 4, 2016, the Court referred the case to Magistrate Judge
5   Donna M. Ryu to preside over a Settlement Conference in this matter;

6   WHEREAS, on January 23, 2017, the Court issued an Order Lifting Stay;

7   WHEREAS, the parties wish to proceed with the Settlement Conference now that the
8   stay has been lifted;

9   WHEREAS, if the case is not resolved at the Settlement Conference, the parties will
10  need additional time to prepare dispositive motions and for trial;

11  WHEREAS, the parties further stipulate and request the Court enter the following
12  revised case management schedule:

| | |
|---|---|
| Expert Discovery cut-off: | May 19, 2017 |
| Dispositive pre-trial motion hearing cut-off: | June 16, 2017 |
| Pretrial conference statements: | July 10, 2017 |
| Pretrial conference: | August 2, 2017 |
| Trial: | September 11, 2017, or a subsequent mutually agreed upon date |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 25, 2017        PLAINTIFF IN PRO PER

By: /s/ LATONYA R. FINLEY
        LATONYA R. FINLEY
        Plaintiff In Pro Per

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-1101
(415) 267-4000

Case No. 3:15-CV-04261-RS                                STIPULATION AND [PROPOSED] ORDER

Dated: January 25, 2017          DENTONS US LLP

By: /s/ SONIA MARTIN
       SONIA MARTIN

Attorneys for Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, erroneously sued as
ALLSTATE

FILER'S ATTESTATION:

   Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: January 25, 2017          By: /s/ SONIA MARTIN
                                        SONIA MARTIN

**IT IS SO ORDERED.**

Dated: 1/27/17

_____
HON. RICHARD G. SEEBORG
United States District Judge

Case No. 3:15-CV-04261-RS                      STIPULATION AND [PROPOSED] ORDER