LATONYA R. FINLEY
1271 Washington Avenue, 266
San Leandro, CA 94577
Telephone: (510) 337-4369

Plaintiff In Pro Per


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
MENGMENG ZHANG (State Bar No. 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105-1101
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: sonia.martin@dentons.com
mengmeng.zhang@dentons.com

Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY
COMPANY, erroneously sued as ALLSTATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLSTATE, DOES 1-10,<br><br>　　　　Defendants. | Case No. 3:15-cv-04261-RS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER REGARDING PRETRIAL**<br>**DEADLINES** |

　　　　Plaintiff Latonya Finley, in pro per, and Defendant Allstate Northbrook Indemnity Company, by and through its attorneys of record, hereby stipulate as follows and respectfully request that the Court approve and give effect to their stipulation:

　　　　WHEREAS, on November 3, 2016, the Court issued a Case Management Scheduling Order setting a Pretrial Conference on May 4, 2017, a trial on June 12, 2017, and related deadlines;

1  WHEREAS, on November 3, 2016, the Court issued an Order Referring Litigant to
2  Federal Pro Bono Project and Staying Proceedings Pending Appointment of Counsel, which
3  directed plaintiff to consult with the Federal Pro Bono Project and stayed the case;

4  WHEREAS, on November 4, 2016, the Court referred the case to Magistrate Judge
5  Donna M. Ryu to preside over a Settlement Conference in this matter;

6  WHEREAS, on January 23, 2017, the Court issued an Order Lifting Stay;

7  WHEREAS, the parties wish to proceed with the Settlement Conference now that the
8  stay has been lifted;

9  WHEREAS, if the case is not resolved at the Settlement Conference, the parties will
10  need additional time to prepare dispositive motions and for trial;

11  WHEREAS, the parties further stipulate and request the Court enter the following
12  revised case management schedule:

| | |
|---|---|
| Expert Discovery cut-off: | May 19, 2017 |
| Dispositive pre-trial motion hearing cut-off: | June 16, 2017 |
| Pretrial conference statements: | July 10, 2017 |
| Pretrial conference: | ~~August 2, 2017~~ August 3, 2017 at 10:00 am |
| Trial: | September 11, 2017, or a subsequent mutually agreed upon date |

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 25, 2017         PLAINTIFF IN PRO PER


By: /s/ LATONYA R. FINLEY
        LATONYA R. FINLEY

Plaintiff In Pro Per

1   Dated:  January 25, 2017                                DENTONS US LLP

                                                            By: /s/ SONIA MARTIN
                                                                    SONIA MARTIN

                                                            Attorneys for Attorneys for Defendant
                                                            ALLSTATE NORTHBROOK INDEMNITY
                                                            COMPANY, erroneously sued as
                                                            ALLSTATE

FILER'S ATTESTATION:

  Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  January 25, 2017                                By:  /s/ SONIA MARTIN
                                                                    SONIA MARTIN

**IT IS SO ORDERED.**

Dated: 1/27/17                                          _____
                                                        HON. RICHARD G. SEEBORG
                                                        United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LATONYA R. FINLEY,

    Plaintiff,

  v.

ALLSTATE,

    Defendant.

Case No. 15-cv-04261-RS

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 1/27/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LaTonya R. Finley
1271 Washington Ave., 266
San Leandro, CA 94577

Dated: 1/27/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Corinne Lew, Deputy Clerk to the
Honorable RICHARD SEEBORG